UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 2:06-mj-08

KRESHNIK ZENELI,                  HON. TIMOTHY P. GREELEY

        Defendant.
_____/


## ORDER OF DETENTION


        Defendant appeared before the undersigned on March 16, 2006, for purposes of a detention hearing and preliminary examination.  At that time, the court was advised that an immigration detainer had been placed on the defendant.  The court advised defendant that a detention hearing would not be held at that time; however, defendant would reserve the right to request a hearing at a later date if the detainer was removed. A preliminary examination was conducted and the court found that the testimony presented by the U.S. Border Patrol Agent established probable cause that the defendant committed the offense. Accordingly, defendant will be detained pending further proceedings.

        Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United

States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

 /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:  March 16, 2006

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:  February 14, 2006